

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Anthony Virgen

                            **Plaintiff,**

V.

Scott Kernan, Secretary of CDCR

                            **Defendant.**

**Civil Action No.** 16-cv-2537-CAB-DHB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For all of the foregoing reasons, the Petition for a Writ of Habeas Corpus is Denied.

Date: 1/23/18

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By: s/ J. Guierrez

                            J. Guierrez, Deputy